IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01507-REB-PAC

JEAN M. O'CONNOR,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF LARIMER COUNTY, COLORADO, and SCOTT DOYLE, individually and in his official capacity as Larimer County, Colorado Clerk and Recorder,

      Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reset the Scheduling Conference [filed October 5, 2005] is **GRANTED** as follows:

      The Scheduling Conference set for October 25, 2005 is *vacated and reset* to **November 9, 2005 at 9:30 a.m.**  The proposed Scheduling Order is due on or before **November 4, 2005.**

      IT IS **FURTHER ORDERED** that counsel shall conference call the Court at: 303-844-4892 on the above date and time in order to appear telephonically.

Dated:  October 6, 2005