IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01507-REB-PAC

JEAN M. O'CONNOR,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF LARIMER COUNTY, COLORADO, and SCOTT DOYLE, individually and in his official capacity as Larimer County, Colorado Clerk and Recorder,

        Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

        IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion to Modify Scheduling Order Discovery Deadline [filed April 18, 2006; Doc. No. 35] and Plaintiff's Unopposed Motion to Modify Scheduling Order Discovery Deadline [filed April 18, 2006; Doc. No. 36] are **GRANTED** as follows:

        The discovery deadline is extended to **May 19, 2006.**

Dated:  April 21, 2006